1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION
11

| | |
|---|---|
| JOHN KENNEDY, | CASE NO.  C09-04701 MHP |
| Plaintiff, | **[PROPOSED] ORDER FOR FILING OF MOTION TO CONSOLIDATE ACTIONS** |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | |
| Defendant. | |
| | |
| JOHN EVERS and EVERETT HORN, | CASE NO.  C09-5126 MHP |
| Plaintiff, | |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | |
| Defendant. | |

1
2
3
4
5

Before the Court is a stipulation by the parties to the actions captioned *Evers and Horn v. Sony Computer Entertainment America, Inc.*, case no. C09-5126 ( "*Evers*") and *Kennedy v. Sony Computer Entertainment America, Inc.*, case no. C09-04701 ("*Kennedy*") to establish a schedule to seek consolidation of the two actions.  Based on the matters set forth in the stipulation, and good cause appearing, the COURT HEREBY ORDERS AS FOLLOWS:

6
7
8

   1. Plaintiffs in the *Evers* and *Kennedy* actions shall seek consolidation of the two actions and file their proposed consolidated and amended class action complaint by no later than January 29, 2010.

9
10
11

   2. Defendant shall have twenty (20) days to respond, by answer or by motion, to plaintiffs' proposed consolidated and amended class action complaint from the date the complaint is accepted and deemed filed by the Court.

12
13
14

   3. Defnedant shall have no obligation to respond to the complaints in either the *Evers* or *Kennedy* actions until the Court determines whether the two actions should be consolidated.

15

IT IS SO ORDERED.

16

DATED:  __1/13_____, 2010.

17
18
19

_____
MARIL
United S



20
21
22
23
24
25
26
27
28

-2-

ORDER RE: MOTION TO CONSOLIDATE
CASE NOS.  C09-04701 & C09-5126 MHP